FORM CACB (od13vdr VAN–155)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(1) and 1307(b)]

**DEBTOR INFORMATION:**
Carlos Adolfo Fernandez

**BANKRUPTCY NO.** 1:10–bk–17026–GM

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–5224
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/24/10

**Address:**
4943 Doman Ave
Tarzana, CA 91356

Based on debtor's request and because debtor has willfully failed to abide by orders of the court or has willfully failed to appear before the court in proper prosecution of the case, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and

(3)  debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: June 24, 2010

BY THE COURT,
**Geraldine Mund**
United States Bankruptcy Judge